# EXHIBIT I

## PHYSICAL EXHIBIT TO BE LODGED

### FRESH PRINCE OF BEL-AIR
### DISC 3 FROM
### THE COMPLETE SECOND SEASON DVD