# EXHIBIT L



# COPY OF E-FILE CORRESPONDENCE SR 1-7225814191

## Correspondence Activities Report

SR 1-7225814191
**Activity Type:** Email - Outbound
**Created on:** 12/14/2018 9:13:00 PM
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work The Dance by Alfonso Ribeiro - Variation A were received by the U.S.Copyright Office on 12/14/2018.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-7225814191 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-7225814191. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 01/10/2019 10:25:00 PM
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**
THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY. Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System. The following files were successfully uploaded for service request 1-7225814191 File Name :alfonso_ribeiro_doing_the_carlton_on_dwts.mp4 File Size :57109635 KB Date/Time :1/10/2019 10:20:03 PM [THREAD ID: 1-3CY70MH] United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 01/17/2019 2:53:01 PM
**Attachment:** Y
**Subject:** U.S. Copyright Office Communication: The Dance by Alfonso Ribeiro - Variation A (1-7225814191)
**Body:**
Dear David Hecht: We are contacting you because your application for The Dance by Alfonso Ribeiro – Variation A (U.S. Copyright Office service request number 1-7225814191) names Alfonso Ribeiro as the sole author of "choreography" and the deposit we received is footage from the nationally televised show, "Dancing With The Stars." Since Mr. Ribeiro performs a choreographic work with his professional dance partner, Witney Carson, and internet sources indicate that most of the professional dancers on this program create the choreography for their celebrity partner, we question whether the application names the correct author or authors for this work. See Compendium of U.S. Copyright Office Practices § 309.2 (3d. ed., 2017) (noting that the Office may take administrative notice of facts or matters known to the Office or the general public). Was Alfonso Ribeiro the sole author of the entire dance routine performed on the submitted excerpt of Dancing with the Stars as stated on the application? Further, because the footage deposited is a professional production aired on ABC, we question whether Mr. Alfonso and Ms. Carson's appearances, as well as any contributions made to the work deposited, were created under a work made for hire agreement. Under the law, when a work is made "for hire," the author is not the individual who actually created the work. Instead, the party that hired the individual(s) is considered both the author and the copyright owner of the work. For more information on works made for hire, please see the attached U.S. Copyright Office Circular 30, also available at https://www.copyright.gov/circs/circ30.pdf. To proceed, please reply with complete and accurate authorship information for the work deposited. Please note that accurate author and claimant information is required by statute. If you are unable to provide this information, we will be unable to proceed with this registration. Please note that if we do not receive a response to this message within 45 days, we will close this case without processing your registration or notifying you further. The fee is not refundable. When you reply, you must include the thread given below in the body of your message to ensure that your reply is connected to your case. Sincerely, Saskia Florence Supervisory Registration Specialist Performing Arts Division U.S. Copyright Office When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office. [THREAD ID:1-3DAOVE6]