Pierce Bainbridge Beck Price & Hecht LLP
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
600 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-3212
(213) 262-9333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfonso Ribeiro, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>Take-Two Interactive Software, Inc.; 2K Sports, Inc.; 2K Games, Inc.; Visual Concepts Entertainment; and Does 1 through 50, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>2:18– cv– 10417 RGK (ASx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

February 25, 2019                                    /s/ Carolynn Beck
_____                          _____
Date                                                              *Signature of Attorney/Party*

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*